IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY SUMMERS,

    Petitioner,          No. 2:11-cv-2584 JFM (HC)

   vs.

WARDEN TRIMBAL,

    Respondent.         ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 29, 2011, petitioner filed a motion for a thirty day extension of time to file a traverse. By order filed December 23, 2011, respondent was granted an extension of time until February 7, 2012 to file and serve an answer to the petition. Petitioner's traverse is now due thirty days from that date. Petitioner's motion for extension of time will therefore be denied without prejudice.

/////

/////

/////

/////

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that petitioner's
2 traverse is due on or before March 8, 2012.  Petitioner's December 29, 2011 motion for
3 extension of time is denied without prejudice.
4 DATED: January 3, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
summ2584.o