IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY SUMMERS,

    Petitioner,        No. 2:11-cv-2584 LKK AC P

  vs.

WARDEN TRIMBALL,

    Respondent.      ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis on his petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254.

        In light of the complexity of the legal issues involved, and the length of petitioner's sentence, the court has determined that the interests of justice require appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Federal Defender is appointed to represent petitioner.

        2. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

1       3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for
2 copies of documents in the file.
3       4. A status conference is set for May 29, 2013, at 10:00 a.m. in Courtroom 26.
4       5. All parties shall appear at the status conference by counsel.
5       6. Fourteen days prior to the conference, the parties shall file and serve status
6 reports which address the timing and order of the following matters:
7       a. Discovery and investigations;
8       b. Anticipated motions;
9       c. The need for and timing of an evidentiary hearing;
10       d. Enumeration and resolution of unexhausted claims; and
11       e. Possible future amendments to the pleadings.
12 The parties are advised that failure to timely file a status report may result in sanctions.
13 DATED: April 3, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:rb
summ2584.110a