IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY SUMMERS,

    Petitioner,        No. 2:11-cv-2584 LKK AC P

  vs.

WARDEN TRIMBALL,

    Respondent.       <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding in forma pauperis pursuant to 28 U.S.C. § 2254.  A status conference was held on May 29, 2013, to discuss scheduling.  Having considered petitioner's unopposed scheduling proposal, the court HEREBY ORDERS AS FOLLOWS:

        1. In light of the appointment of counsel, petitioner's pro se motion for an evidentiary hearing, filed July 12, 2012 (ECF No. 26), is denied without prejudice;

        2.  On or before August 30, 2013, counsel for petitioner shall file either (1) a supplemental brief, or (2) any motion(s) to amend the petition, to expand the record, or for an evidentiary hearing.

////

////

1

1  DATED: May 29, 2013

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:rb
summ2584.eot