HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, CA Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone:  (916) 498-5700

Attorneys for Petitioner
GREGORY SUMMERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SUMMERS,<br><br>　　　　　Petitioner,<br>　v.<br><br>WARDEN TRIMBALL,<br><br>　　　　　Respondent.<br>_____ | No. 2:11-cv-02584 LKK AC<br><br>**PETITIONER'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME** |

　　　　　Petitioner GREGORY SUMMERS, by and through court-appointed counsel, requests a 94-day extension of time to file either (1) a supplemental brief, or (2) any motion(s) to amend the petition, to expand the record, or for an evidentiary hearing.  This request is unopposed.  The current scheduling order requires Petitioner to file his supplemental brief or motion(s) on or before August 30, 2013.  This request asks that this deadline be moved to December 2, 2013.  This request is made pursuant to Rule 6 of the Federal Rules of Civile Procedure and Eastern District Local Rule 144, and is based on the attached declaration of Ann C. M<sup>c</sup>Clintock.

Dated:  August 20, 2013　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　　 */s/ Ann C. M<sup>c</sup>Clintock*
　　　　　　　　　　　　　　　　　　　　　ANN C. M<sup>c</sup>CLINTOCK
　　　　　　　　　　　　　　　　　　　　　Attorney for Petitioner
　　　　　　　　　　　　　　　　　　　　　GREGORY SUMMERS

# DECLARATION OF ANN C. M<sup>c</sup>CLINTOCK

I, ANN C. M<sup>c</sup>CLINTOCK, declare as follows:

1. I am an attorney licensed to practice in the state of California and admitted to practice in the state and federal courts; I am employed with the Office of the Federal Defender for the Eastern District of California. I represent Petitioner Gregory Summers in this matter.

2. Despite repeated efforts, I have yet to obtain the case files from Mr. Summers' trial counsel. Trial counsel, Keith J. Staten, has informed us that he needs to search his storage for Summers's files. But to date, we have not received any records from him.

3. The psychologist's and psychiatrist's records, which are relevant to assessing the two mental health reports prepared at the superior court level, apparently no longer exist. I had expected to be able to obtain some historical mental health records for Mr. Summers from these sources.

4. Thus, additional time is needed to obtain the trial counsel files and to obtain all the relevant mental health records for Mr. Summers, especially those that predated his trial and offense conduct related to this habeas matter.

5. I believe that the additional time requested, 94 days, is the minimum amount of time needed to do this work, complete my investigation, and prepare the supplemental brief or motions.

6. I informed counsel for respondent, Deputy Attorney General Clifford E. Zall, about this extension request. Mr. Zall has no objection to this change to the schedule in this matter.

The foregoing is true and correct. Executed under penalty of perjury this 20th day of August, 2013, at Sacramento, California.

*s/ Ann C. M<sup>c</sup>Clintock*
ANN C. M<sup>c</sup>CLINTOCK

1  [~~PROPOSED~~] ORDER

2  Petitioner's request for an extension of time is GRANTED.  Either a supplemental
3  brief or any motion(s) to amend the petition, to expand the record, or for an evidentiary
4  hearing shall be filed no later than December 2, 2013.

IT IS SO ORDERED.

DATED: August 21, 2013

*Allison Claire*
_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

*Summers v. Trimball*
2:11-cv-2584 LKK AC                           3                    Petitioner's Unopposed Req
                                                                   for 90-Day Extension of Time