HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, #141313
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
GREGORY SUMMERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SUMMERS,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN TRIMBALL,<br><br>    Respondent. | No.  2:11-cv-02584 LKK AC<br><br>**ORDER** |

UPON SHOWING GOOD CAUSE Petitioner's unopposed request for permission to issue a subpoena duces tecum is GRANTED under the discovery authority requested.

IT IS SO ORDERED.

DATED: November 26, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1