HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, #141313
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorney for Petitioner,
GREGORY SUMMERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SUMMERS,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN TRIMBALL,<br><br>  Respondent. | No.  2:11-cv-02584 TLN AC<br><br>[~~PROPOSED~~] **ORDER** |

For good cause shown, and Respondent having filed a Statement of Non-Opposition, Petitioner's unopposed motion to stay these proceedings (ECF No. 56) is GRANTED.  Proceedings in this matter are hereby STAYED until further order of the court.  The petition for writ of habeas corpus will be held in abeyance.  The December 10, 2014 hearing set for the motion to stay is VACATED.

The stay is subject to the following conditions:

1. Petitioner shall diligently proceed to exhaust his state court remedies.

2. Petitioner shall notify this court of final disposition by the California Supreme Court within 30 days of the decision.  Petitioner shall at that time move to

////

////

////

lift the stay.  IT IS SO ORDERED.

DATED: November 19, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE