UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY SUMMERS,

          Petitioner,

   v.

TRIMBAL,

          Respondent.

No.  2:11-cv-02584 TLN AC

ORDER

Petitioner is proceeding through appointed counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254.  On November 19, 2014, this case was stayed pending exhaustion of state court remedies.  ECF No. 59.  In the same order, petitioner was directed to file a motion to lift the stay of this action within 30 days from the date of a final decision by the California Supreme Court.  ECF No. 59.  A review of the docket in this case reveals that no such motion has been filed in the almost 10 years that this case has been stayed.  Therefore, petitioner is ordered to show cause within 21 days why the stay of this action should not be lifted and what state remedies have been exhausted or remain to be exhausted.

Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause in writing within 21 days from the date of this order why the stay of this case should not be lifted.

DATED: October 12, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE