UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SUMMERS,<br><br>    Petitioner,<br><br>    v.<br><br>TRIMBAL, et al.,<br><br>    Respondents. | No. 2:11-cv-02584 TLN AC<br><br><u>ORDER</u> |

    Petitioner is proceeding through appointed counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. On November 19, 2014, this case was stayed pending exhaustion of state court remedies. ECF No. 59.

    On October 13, 2023, the court issued an order to show cause why the stay of this action should not be lifted. ECF No. 60. Petitioner filed a response indicating that there is a pending habeas corpus petition in the California Supreme Court and requesting that the stay continue until it is adjudicated. ECF No. 61. In light of the pending state proceedings, the court will continue the stay of this case, but will direct counsel for petitioner to file status reports with the court every 90 days indicating the status of the state habeas petition. Counsel for petitioner is also ordered to file a notice of exhaustion within 7 days of a decision by the California Supreme Court. The notice of exhaustion shall be accompanied by a motion to lift the stay of this case.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The court's October 13, 2023 order to show cause (ECF No. 60) is hereby discharged based on petitioner's response.

2. Counsel for petitioner shall file status reports with this court every 90 days until such time as the California Supreme Court issues its opinion on collateral review.

3. Counsel for petitioner is further directed to file a notice of exhaustion and motion to lift the stay of this case within 7 days of a decision by the California Supreme Court.

4. Failure to comply with the terms of this order may result in the imposition of sanctions.

DATED: April 1, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE