UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SUMMERS,<br><br>        Petitioner,<br><br>    v.<br><br>TRIMBAL, et al.,<br><br>        Respondents. | No. 2:11-cv-2584 TLN AC P<br><br>ORDER AND FINDINGS AND <u>RECOMMENDATIONS</u> |

      Petitioner is a former state prisoner proceeding with counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. On November 19, 2014, this case was stayed to allow petitioner to exhaust his state court remedies. ECF No. 59. Pending before the court is petitioner's motion to lift the stay and dismiss this action. ECF No. 68.

      Petitioner filed a status report informing the court that on April 25, 2025, the Sacramento Superior Court accepted the parties' agreement to resentence petition to a 20-year determinate sentence, resentenced petitioner per the parties' agreement, and dismissed petitioner's state habeas petition as moot. <u>Id.</u> at 1; <u>see also</u> ECF No. 69 (April 25, 2025, Abstract of Judgment and Minute Sheet). On April 29, 2025, petitioner was released from state custody and credited for having completed his parole term and is no longer under any state criminal justice supervision related to the case for which he brought this federal habeas corpus petition. <u>Id.</u> at 2. In light of this, petitioner seeks to lift the stay in this case and dismiss this action. <u>Id.</u> Respondent, through

1  counsel, informed petitioner's counsel that he has no objections to these motions.  Id.

2      The court construes petitioner's motion to dismiss as a request to voluntarily dismiss this
3  habeas corpus action pursuant to Rule 41(a)(2).  See Rule 12 of the Rules Governing Habeas
4  Corpus Cases Under Section 2254 (stating that the Federal Rules of Civil Procedure apply to the
5  extent they are not inconsistent with the habeas rules).  So construed, it is recommended that the
6  request be granted, and this case be voluntarily dismissed.

7      Accordingly, IT IS HEREBY ORDERED that the stay in this action, commenced on
8  November 19, 2014 (ECF No. 59) is LIFTED.

9      IT IS FURTHER RECOMMENDED that petitioner's motion to dismiss the pending
10  habeas corpus action (ECF No. 68) be construed as a request for voluntary dismissal pursuant to
11  Rule 41(a)(2) of the Federal Rules of Civil Procedure.  So construed, this action be voluntarily
12  dismissed, and the case be closed.

13      These findings and recommendations are submitted to the United States District Judge
14  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
15  after being served with these findings and recommendations, any party may file written
16  objections with the court and serve a copy on all parties.  Such a document should be captioned
17  "Objections to Magistrate Judge's Findings and Recommendations."  In his objections petitioner
18  may address whether a certificate of appealability should issue in the event he files an appeal of
19  the judgment in this case.  See Rule 11, Federal Rules Governing Section 2254 Cases (the district
20  court must issue or deny a certificate of appealability when it enters a final order adverse to the
21  applicant).  Any response to the objections shall be served and filed within fourteen days after
22  service of the objections.  The parties are advised that failure to file objections within the
23  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
24  F.2d 1153 (9th Cir. 1991).

25  DATED: May 2, 2025

26                                                  ALLISON CLAIRE
27                                                  UNITED STATES MAGISTRATE JUDGE

28